# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2409
_____

TIMOTHY LUCIER, an individual,

Petitioner,

v.

WILLIAMS DAIRY TRUCKING,
INC., a foreign for-profit
corporation, ALEXANDER JUNIOR
BROOKS, MICHAEL DEVON
MILLER, and, MARIA MARCELL
YOUNG, as individuals,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


August 8, 2019


PER CURIAM.

The petition for writ of certiorari is dismissed. *See* Fla. R. App. P. 9.100(c)(1).

LEWIS, ROWE, and KELSEY, JJ., concur.

———————————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————————————


Jordan Redavid of Fischer Redavid PLLC, Hollywood, for Petitioner.

No appearance for Respondents.